David Caravantes, Pro Se
5189 Argonne Court
San Diego, California 92117
Telephone: 858-490-1331
Facsimile: 858-490-9191
E-Mail: dave@detomasenergy.com

FILED
10 JUL -6 PM 12: 53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

OF THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARAVANTES, an individual, | CASE NO: 10 CV 1407 IEG  AJB |
| Plaintiff, pro se, | NOTICE OF INTERESTED PARTIES |
| v. | |
| CALIFORNIA RECONVEYANCE COMPANY, a California corporation; WASHINGTON MUTUAL BANK, FA, a Federal Savings Bank organized and existing under the laws of the United States; JPMORGAN CHASE BANK, N.A., a National Banking Association organized and existing under the laws of the United States; CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; VREJ JOUKADARIAN, an individual; CLEMENT J. DURKIN, an individual; DEBORAH BRIGNAC, an individual; ANN THORN, an individual; and DOES 1-20, inclusive | |
| Defendants. | |

The undersigned, who is representing himself in the above-captioned matter, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These

representations are made to enable the Court to evaluate possible disqualification or recusal.

1. DAVID CARAVANTES, an individual, Plaintiff
2. CALIFORNIA RECONVEYANCE COMPANY, a California corporation, Defendant
3. WASHINGTON MUTUAL BANK, FA, a Federal Savings Bank organized and existing under the laws of the United States, Defendant
4. JPMORGAN CHASE BANK, N.A., a National Banking Association organized and existing under the laws of the United States, Defendant
5. CHASE HOME FINANCE LLC, a Delaware Limited Liability Company, Defendant
6. VREJ JOUKADARIAN, an individual, Defendant
7. CLEMENT J. DURKIN, an individual, Defendant
8. DEBORAH BRIGNAC, an individual, Defendant
9. ANN THORN, an individual, Defendant

Dated this 6 day of July, 2010.

Respectfully Submitted,

David Caravantes, Plaintiff pro se
5189 Argonne Court
San Diego, California 92117

NOTICE OF INTERESTED PARTIES

2