David Caravantes
5189 Argonne Court
San Diego, Ca 92117
TELEPHONE NO. 858-490-1331   FAX NO. (Optional) 858-490-9191
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

FILED

2010 JUL 21 PM 1: 22

CLER... ..S DISTRICT COURT
SOUTHERN DISTRICT Cr CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT   SOUTHERN DIVISION
STREET ADDRESS:   880 Front St. Rm. 4290
MAILING ADDRESS:   880 Front St. Rm. 4290
CITY AND ZIP CODE:   San Diego, Ca 92101
BRANCH NAME:   San Diego

PLAINTIFF (name each)   David Caravantes

DEFENDANT (name each):   California Reconveyance Company et al

CASE NUMBER:

10-CV-1407-IEG (AJB)

| **PROOF OF SERVICE** | HEARING DATE:<br>July 12, 2010 | DAY: | TIME:<br>10:00am | DEPT.: | Ref No. or File No.: |

ɼ THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED**
ɔPIES OF THE:   ORDER: (1) GRANTING TEMPORARY RESTRAINING ORDER AND (2) TO SHOW CAUSE WHY
PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED

PARTY SERVED:   CALIFORNIA RECONVEYANCE COMPANY, A CALIFORNIA CORPORATION

BY LEAVING WITH:   MARGARET WILSON - REGISTERED AGENT FOR SERVICE OF PROCESS

DATE & TIME OF DELIVERY:   JULY 9, 2010   2:50pm

ADDRESS, CITY, AND STATE:   818 W. 7th St., Los Angeles, Ca 90017

ANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:   25.00
County:   Los Angeles
Registration No.:   6096
5189 Argonne Court
San Diego,  Ca 92117
858-490-1331

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on July 9, 2010.

Signature: _____
ROBERT HALL

**PROOF OF SERVICE**

# Shipment Receipt:   Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur, Jul 8, 2010

EXPECTED DELIVERY DATE:
FRI, JUL 9, 2010 EOD

SHIP FROM:
DAVID CARAVANTES
5189 ARGONNE CT
San Diego  CA 92117
(858) 490-1331

SHIP TO:
CAUTION:4 CORPS INCL IN PACKAGE
CARE OF CT CORP SYSTEM
818 W 7TH ST
STE 200
CAL RECON,CHASE BANK,JP MORGAN,ETC
LOS ANGELES CA 90017-3425
Business
(213) 627-8252
SHIPPED THROUGH:
THE UPS STORE #3183
SAN DIEGO,CA 92117-2706
(858) 490-1690

SHIPMENT INFORMATION:
UPS Ground Commercial
7.0 lbs actual wt (ManWt)
7.00 lbs billable wt
Dims: 12.0x9.0x3.0
Sig Req (w/Delv Confirm)
E-mail Notification: Ship,Deliver

Tracking Number: 1z6F97Y84272083276
Shipment ID: MMUW69ES8R8PH
Order/Item #:  -  -
Ref#:  -  -

DESCRIPTION OF GOODS:
 -  -

SHIPMENT CHARGES:

| Ground Commercial | $8.48 |
| Service Options | $4.30 |
| Fuel Surcharge | $0.51 |
| CMS Processing Fee | $0.20 |
| | |
| Total | $13.49 |

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://mbe.com (select Tracking, enter Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, content
and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMUW69ES8R8PH

Powered by iShip(tm)
07/08/2010 01:51 PM  Pacific Time

## Your Tracking Information

| | |
|---|---|
| Status: | **DELIVERED** |
| Last Scan: | **7/9/2010 2:23:00 PM DELIVERED LOS ANGELES, CA US** |
| Delivered To: | **LOS ANGELES, CA US** |
| Delivery Date: | **Friday, July 9, 2010** |
| Delivery Time: | **2:23 PM** |
| Delivery Location: | **OFFICE** |
| Signed By: | **SANCHEZ** |
| Carrier: | **UPS** |
| Service: | **Ground Commercial** |
| Expected: | **Jul. 9, 2010 9:00 PM** |
| UPS Tracking Number: | **1Z6F97Y84272083276** |

Scan History:

**7/9/2010 2:23:00 PM DELIVERED LOS ANGELES, CA US**
**7/9/2010 5:44:00 AM OUT FOR DELIVERY LOS ANGELES, CA US**
**7/9/2010 2:15:00 AM UNLOAD SCAN VERNON, CA US**
**7/9/2010 12:59:00 AM ARRIVAL SCAN VERNON, CA US**
**7/8/2010 10:30:00 PM DEPARTURE SCAN SAN DIEGO, CA US**
**7/8/2010 8:39:00 PM ORIGIN SCAN SAN DIEGO, CA US**
**7/8/2010 10:19:00 PM BILLING INFORMATION RECEIVED  US**

**NOTE:** The times listed in the scan details are local time.

( Done )

*Status as of Wednesday, July 21, 2010 11:59 AM Pacific Standard Time*

**Learn More**

## Track Another Package

**Enter tracking number:**

[                              ]   ( Submit )

## Subject: Delivery Notification
**Date:** Friday, July 9, 2010 4:30 PM
**From:** iShip_Services@iship.com
**To:** <DAVE@DETOMASENERGY.COM>
**Conversation:** Delivery Notification

The shipment to CAUTION:4 CORPS INCL IN PACKAGE has been delivered.

==========================================
SHIPMENT SUMMARY
==========================================
SENDER
    DAVID CARAVANTES

    San Diego, CA92117

RECIPIENT
    CAUTION:4 CORPS INCL IN PACKAGE
    CARE OF CT CORP SYSTEM
    LOS ANGELES, CA 90017-3425 US

SHIPPED THROUGH
    THE UPS STORE #3183
    858-490-1690

SHIPMENT INFORMATION
    Customer Packed:    12.00 x   9.00 x    3.00 inches
    7.00 lbs (billed weight)


CARRIER & SERVICE
    UPS

SHIPMENT TRACKING & REFERENCE
    Tracking No.:  1Z6F97Y84272083276
    Shipment ID:   MMUW69ES8R8PH
    Order / Item #:
    Reference #:


SHIP DATE
    Thursday, July 8, 2010

DELIVERY DATE
    Fri 09 Jul 2010 02:23 PM

==========================================
TRACKING INFORMATION
==========================================
To get complete tracking information, click the following link:

http://iship.com/track/trk.asp?t=MMUW69ES8R8PH