Motion to Request for Continuance

DATE: 9/9/2010

TO: Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

CASE N0.: 10-CV-1407 - IEG (AJB)
JUDGE: Honorable Irma E. Gonzalez, Chief Judge

FROM: David Caravantes, an individual, Plaintiff
5189 Argonne Court
San Diego, California 92117

I am submitting this Request for Continuance as the plaintiff in the Federal Court case named above. The Court has issued a hearing date of September 13, 2010 at 10:30 a.m. I am requesting a continuance based on the facts below:

1. I received a letter in the mail from Adorna Yoss Alvarado & Smith on September 4, 2010 with a notice inside claiming non-opposition to motion to dismiss complaint. This is the first notice I have received from the Defendant on the subject and do not have the original notice or motion. On Thursday, September 2, 2010 I received a call from the judge's clerk, Adam, that I was required to respond by September 1, 2010. I told Adam that I had not received anything and was unaware of any motion to dismiss. I am not an attorney so I was surprised. When I received the letter on the September 4, 2010, I thought it would contain the motion but it was only the notice of non-opposition. I still have not had a chance to look at the motion. Furthermore, the notice of non-opposition is confusing stating that the opposition to the motion to dismiss was due on Monday, January 4, 2010.

2. I would like the defendant to please serve the motion to me so I can oppose it.

3. In light of the of these facts, I would also request a continuance to the September 13, 2010 court date so after I do receive the motion I can prepare a response of opposition.

Thank you for your attention in this matter.

Sincerely,

David Caravantes, Pro Se

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I AM A RESIDENT OF SAN DIEGO COUNTY AND I AM OVER EIGHTEEN YEARS OF AGE. ON SEPTEMBER 9, 2010, I SERVED ONE COPY OF THE FOLLOWING DOCUMENT(S): **MOTION TO REQUEST FOR CONTINUANCE**

BY: (CHECK APPROPRIATE BOX)

☐ **DELIVERING THE DOCUMENTS IN PERSON TO THE FOLLOWING INDIVIDUAL(S):**

X **PLACING THE DOCUMENTS, ENCLOSED IN A SEALED ENVELOPE WITH FIRST-CLASS POSTAGE FULLY PAID, INTO A U.S. POSTAL SERVICE MAILBOX, ADDRESSED AS FOLLOWS:**
JOHN M. SORICH
S. CHRISTOPHER YOO
ADORNO YOOS ALVARADO & SMITH
A PROFESSIONAL CORPORATION
1 MACARTHUR PLACE, SUITE 200
SANTA ANA, CALIFORNIA 92707

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON SEPTEMBER 9, 2010 AT SAN DIEGO, CALIFORNIA

DAVID CARAVANTES