1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@alvaradosmith.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@alvaradosmith.com
3  JENNY L. MERRIS (CA Bar No. 246088)
   jmerris@alvaradosmith.com
4  ALVARADOSMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel:  (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  CALIFORNIA RECONVEYANCE COMPANY; JPMORGAN
   CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS
9  AND LIABILITIES OF WASHINGTON MUTUAL BANK
   FROM THE FDIC ACTING AS RECEIVER; CHASE HOME
10 FINANCE LLC; and DEBORAH BRIGNAC

11                    **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID CARAVANTES, an individual, | **CASE NO.:** 10CV1407 IEG AJB |
| Plaintiff, | **JUDGE:**  Hon. Irma E. Gonzalez |
| v. | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| CALIFORNIA RECONVEYANCE COMPANY,  a California corporation; WASHINGTON MUTUAL BANK, FA, a Federal Savings Bank organized and existing under the laws of the United States; JPMORGAN CHASE BANK, N.A.,  a National Banking Association organized and existing under the laws of the United States; CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; VREJ JOUKADARIAN, an individual; CLEMENTS J. DURKIN, an individual; DEBORAH BRIGNAC, an individual; ANN THORN, an individual; FEDERAL DEPOSIT INSURANCE CORPORATION aka F.D.I.C., organization of the United States Government, and DOES 2-20, inclusive, | **CRTRM:**  "1"<br>**DATE:**  January 3, 2011<br>**TIME:**  10:30 a.m.<br><br>[Filed Concurrently Memorandum of Points and Authorities; Request For Judicial Notice]<br><br>**Action Filed:** July 6, 2010 |
| Defendants. | |

**TO PLAINTIFFS AND PLAINTIFFS' ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on January 3, 2011, at 10:30 a.m. or as soon thereafter as the matter can be heard in Courtroom "1" at the above-entitled Court, defendants California Reconveyance Company ("CRC"), JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, and Chase Home Finance LLC ("Chase") and Deborah Brignac ("Brignac" and collectively, "Defendants") will move the court to dismiss the action without leave to amend, pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6) on the grounds that the First Amended Complaint ("FAC") of plaintiff David Caravantes ("Plaintiff") fails to state a claim upon which relief can be granted. The motion is based on the following grounds:

1. Plaintiff's second claim for "Violations of RESPA (12 U.S.C. §§ 2601 et seq.)" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

2. Plaintiff's fourth claim for "Civil Conspiracy" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

3. Plaintiff's fifth claim for "Unfair Business Practices (Cal. Bus. & P. Code §§ 17200)" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice and the pleadings and papers filed.

DATED: November 22, 2010        ALVARADOSMITH
                                A Professional Corporation


                                By: /s/ S. Christopher Yoo
                                    JOHN M. SORICH
                                    S. CHRISTOPHER YOO
                                    JENNY L. MERRIS
                                    Attorneys for Defendants
                                    CALIFORNIA RECONVEYANCE
                                    COMPANY; JPMORGAN CHASE BANK,
                                    N.A., AN ACQUIRER OF CERTAIN ASSETS
                                    AND LIABILITIES OF WASHINGTON
                                    MUTUAL BANK FROM THE FDIC ACTING
                                    AS RECEIVER; CHASE HOME FINANCE
                                    LLC; and DEBORAH BRIGNAC