# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARVANTES, | CASE NO. 10cv1407-IEG (MDD) |
| Plaintiff, | ORDER |
| vs. | |
| CALIFORNIA RECONVEYANCE COMPANY, a California corporation, et al., | |
| Defendant. | |

On October 14, 2011, the Court held a telephonic case management conference. Participating were David Caravantes (appearing pro se), and Lauren Takos (counsel for Defendant). Plaintiff has completed his application for loan modification and the Defendants have not completed their review. Based upon the status of the case Plaintiff will file an amended complaint. Therefore, the Court will issue a scheduling order once Plaintiff has filed his amended complaint.

IT IS SO ORDERED.

DATED: October 17, 2011

Hon. Mitchell D. Dembin
U.S. Magistrate Judge