JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvardosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CALIFORNIA RECONVEYANCE COMPANY and JPMORGAN CHASE BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER; and as successor by merger to CHASE HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARAVANTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA RECONVEYANCE COMPANY, a California corporation; WASHINGTON MUTUAL BANK, FA, a Federal Savings Bank organized and existing under the laws of the United States; JPMORGAN CHASE BANK, N.A., a National Banking Association organized and existing under the laws of the United States; CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 10CV1407 CAB AJB<br><br>JUDGE: Hon. Cathy Ann Bencivengo<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Concurrently filed with Notice of Motion and Motion for Summary Judgment, Evidence in support of Motion for Summary Judgment, Request for Judicial Notice in Support of Motion for Summary Judgment, Declaration of Jeanni Lowry]*<br><br>CRTRM: "2"<br>DATE: October 30, 2012<br>TIME: 2:00 p.m.<br><br>Action Filed: July 6, 2010 |

///

///

///

1
NOTICE OF MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT
3265477.2 -- AL109.W1426

**TO PLAINTIFF, IN PRO PER:**

PLEASE TAKE NOTICE that on October 30, 2012, at 2:00 p.m. or as soon thereafter as the matter can be heard in Courtroom "1" at the above-entitled Court, defendants California Reconveyance Company ("CRC") and JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, and as successor by merger to Chase Home Finance LLC, will and hereby does move for summary judgment, or, in the alternative, for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1("Motion") against plaintiff David Caravantes ("Plaintiff") as follows:

1. There is no triable issue of material fact in the Second Amended Complaint ("SAC"). Defendant is entitled to summary judgment as to all causes of action asserted in the SAC.

2. In the alternative, if for any reason summary judgment cannot be issued, for partial summary judgment that there is no merit to the third cause of action for "Unfair Business Practices- California Business and Professions Code § 17200" asserted in the SAC and that the final judgment in this action shall, in addition to any matters determined at trial, award judgment as established by such adjudication.

3. In the alternative, if for any reason summary judgment cannot be issued, for partial summary judgment that there is no merit to the fourth cause of action for "Violation of California Civil Code § 2923.5" asserted in the SAC and that the final judgment in this action shall, in addition to any matters determined at trial, award judgment as established by such adjudication.

///
///
///

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Separate Statement of Undisputed Facts, Evidence in Support of Motion for Summary Judgment, or in the alternative for Summary Adjudication of Issues, the Declaration of Arlene Vartanian, the pleadings and papers on file in this action, and such further oral and documentary evidence as may be presented at the hearing on this Motion.

DATED: August 6, 2012

ALVARADOSMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
Attorneys for Defendants
CALIFORNIA RECONVEYANCE COMPANY; JPMORGAN CHASE BANK, N.A., for iteself and AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, and as SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*David Caravantes v. California Reconveyance Company, et al.*
USDC CA Southern Case No.: 10CV1407 CAB AJB

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ALVARADO SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On August 6, 2012, I served the foregoing document described as **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in this action.

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ] **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[x] **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 6, 2012, at Santa Ana, California.

*/s/ Heather N. Kane*
Heather N. Kane

1
PROOF OF SERVICE

**SERVICE LIST**
*David Caravantes v. California Reconveyance Company, et al.*
USDC CA Southern Case No.: 10CV1407 IEG AJB

| | |
|---|---|
| David Caravantes<br>5189 Argonne Court<br>San Diego, California 92117 | Telephone: 858-490-1331<br>Facsimile: 858-490-9191<br>E-Mail: dave@detomasenergy.com |
| | Plaintiff in Pro Se |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2
PROOF OF SERVICE

3009548.1 -- AL109.W1426