# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| David Caravantes, | CASE NO. 10-cv-01407-CAB (MDD) |
|---|---|
| Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE MOTIONS IN LIMINE AND RESETTING PRETRIAL CONFERENCE |
| vs. | |
| California Reconveyance Company et al., | [Doc. Nos. 64, 76-80] |
| Defendants. | |

It appearing that the parties have yet to satisfy Civil Local Rule 16.1(f)(4) and failed to obtain a motion hearing date for the motions in limine currently on file, Defendants' motions in limine filed on August 6, 2012 [Doc. Nos. 76-80] are DISMISSED WITHOUT PREJUDICE to refiling after the Pretrial Conference in this action. Due to a conflict in the Court's calendar, the Pretrial Conference previously set for October 26, 2012 [Doc. No. 64] is hereby CONTINUED and RESET for **November 9, 2012** at **3:00 p.m.** in Courtroom 2 before the undersigned. Preparation for the Pretrial Conference shall be completed in accordance with the local rules.

DATED: August 7, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge

10-cv-01407